# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FOLEY AND LEWIS RACING, INC. | Case No. 2:08-cv-13416-SFC-DAS |
| Plaintiff/Counter Defendant, | Hon. Sean F. Cox |
| -vs- | |
| TORCO RACING FUELS, INC., a Michigan corporation, GENERAL SALES AND SERVICE, INC., a Michigan corporation, KNOLL GAS MOTORSPORTS, INC., a Michigan corporation, and EVAN KNOLL, an individual, jointly and severally, | |
| Defendant/Counter-Plaintiff | |
| | Sean P. Fitzgerald, P60654<br>Kreis, Enderle, Hudgins, & Borsos, P.C.<br>Attorneys for Defendant General Sales and Service, Inc.<br>171 Monroe Ave NW, Ste 900B<br>Grand Rapids, MI 49503<br>616-254-8400<br>Sean.Fitzgerald@kech.com |

## **DEFAULT JUDGMENT**

For the reasons stated in this Court's Opinion and Order Granting Defendants' Motion for Default Judgment [Doc. No. 39], this Court hereby enters the following:

**IT IS HEREBY ORDERED** that a Default Judgment shall enter against Foley and Lewis Racing, Inc. in the amount of $900,000, which represents three (3) times the amount of actual damages that General Sales and Service, Inc. has suffered in accordance with MCL 600.2919a.

2

**IT IS FURTHER ORDERED** that sanctions shall be entered against Foley and Lewis Racing, Inc. and in favor of General Sales and Service, Inc in the amount of $19,060.50.

**IT IS FURTHER ORDERED** that the total Default in favor of General Sales and Service, Inc. and against Foley and Lewis Racing, Inc. shall be in the amount of $919,060.50, together with the highest allowable interest through the date this Default Judgment is fully satisfied.

Dated:  December 15, 2009                    s/ Sean F. Cox
                                             Sean F. Cox
                                             U. S. District Judge


I hereby certify that a copy of the foregoing document was served upon counsel and/or the parties of record by electronic and/or First Class Mail on December 15, 2009.

Dated:  December 15, 2009                    s/ Jennifer Hernandez
                                             Case Manager