UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOLEY AND LEWIS RACING, INC.,

    Plaintiff,

v.

TORCO RACING FUELS, INC., a
Michigan corporation, GENERAL SALES
AND SERVICE, INC., a Michigan
corporation, KNOLL GAS MOTORSPORTS,
INC., a Michigan corporation and EVAN
KNOLL, an individual, jointly and severally,

    Defendants.
_____/

Case No. 08-cv-13416

Honorable Sean F. Cox
United States District Court

JUDGMENT DISMISSING PLAINTIFF'S COMPLAINT FOR LACK OF PROSECUTION

For the reasons stated in the Court's October 20, 2009 Opinion & Order [Doc. No. 55], the Court hereby enters the following:

**IT IS HEREBY ORDERED** that this Court **DISMISSES PLAINTIFF'S COMPLAINT FOR LACK OF PROSECUTION**.

*This Order resolves the last pending claim and closes this case.*

**IT IS SO ORDERED**.

Dated: December 15, 2009

S/ Sean F. Cox
Sean F. Cox
United States District Court Judge

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF

System and/or U. S. Mail on December 15, 2009.

s/Jennifer Hernandez  
Case Manager to  
District Judge Sean F. Cox